**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-4247**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

LES CHRISTOPHER BURNS,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, Senior District Judge.  (6:24-cr-00024-NKM-1)

───────────

Submitted:  July 29, 2025                          Decided:  August 1, 2025

───────────

Before KING, WYNN, and BERNER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Les Christopher Burns, Appellant Pro Se.  Jonathan Patrick Jones, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Les Christopher Burns seeks to appeal the district court's order denying his counsel's motion to withdraw and appoint new counsel in Burns's ongoing criminal proceedings. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Burns seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*